UNITED STATES DISTRICT COURT
FOR  THE
DISTRICT OF VERMONT

Amy J. Burdick,                          :
    Plaintiff,                       :
                                :
              v.                   : Case No. 2:14-cv-133
                                :
Carolyn W. Colvin, Acting                :
Commissioner of Social Security,         :
    Defendant.                       :

ORDER

The Report and Recommendation of the United States Magistrate Judge dated November 17, 2015. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion for Order Reversing Decision of Commissioner (Doc. 15) is **GRANTED IN PART**, and the Commissioner's Motion for Order Affirming Decision of Commissioner (Doc. 14) is **DENIED.** The matter is **REMANDED** for further proceedings and a new decision in accordance with the Report and Recommendation of the United States Magistrate Judge.

Dated at Burlington, in the District of Vermont, this 9th day of December, 2015.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge